```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CASE NO. CR.S 01-312 LKK
                                 )            CR.S 01-501 LKK
11            Plaintiff,         )
                                 )   ORDER AUTHORIZING PROBATION
12       v.                      )   OFFICER TO RELEASE RESULTS OF
                                 )   DRUG TESTS TO SACRAMENTO COUNTY
13  ERIC LONNIE NEILL,           )   PROBATION DEPARTMENT, DRUG
                                 )   DIVERSION PROGRAM
14            Defendant.         )
    _____)
15
```

16    The United States Probation Officer has advised that the
17 defendant is currently participating in a drug diversion program
18 through Sacramento County.  The United States Probation Officer has
19 also advised that, subsequent to being placed in that county drug
20 diversion program, the defendant has submitted, in connection with
21 his federal supervision, drug tests which were positive for the
22 unlawful use of a controlled substance.  The United States Probation
23 Officer has, therefore, requested permission to supply to the
24 Sacramento County Probation Department, Drug Diversion Program,
25 information relating to the defendant's positive drug tests.  That
26 request is granted.
27    The United States Probation Officer is hereby granted
28 authorization to supply to the Sacramento County Probation

1  Department, Drug Diversion Program, information relating to the
2  defendant's positive drug tests.
3       IT IS SO ORDERED.
4  DATED: April 18, 2006.            /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON, Judge
5                                    United States District Court