McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NOS. 2:01-cr-312 LKK |
| ) | 2:01-cr-501 LKK |
| Plaintiff, ) | |
| ) | ORDER GRANTING GOVERNMENT'S |
| v. ) | MOTION FOR SENTENCE REDUCTION |
| ) | PURSUANT TO RULE 35 |
| ERIC LONNIE NEILL, ) | |
| ) | |
| Defendant. ) | |
| _____) | COURT:  Hon. Lawrence K. Karlton |

   Good cause appearing, the Court hereby GRANTS the government's motion for a 45% reduction of the defendant's sentence, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

   The total sentence of 21-months incarceration in the custody of the Bureau of Prisons, imposed on September 26, 2006, is hereby reduced to a total sentence of a year and a day.

   The Clerk of the Court is directed to serve a copy of this order on the Bureau of Prisons forthwith.

   IT IS SO ORDERED.

DATED: June 1, 2007

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT