McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NOS. 2:01-cr-312 LKK |
| --- | --- | --- |
|  | ) | 2:01-cr-501 LKK |
| Plaintiff, | ) |  |
|  | ) | SEALING ORDER |
| v. | ) |  |
|  | ) |  |
| ERIC LONNIE NEILL, | ) |  |
|  | ) |  |
| Defendant. | ) | COURT: Hon. Lawrence K. Karlton |
| _____ | ) |  |

    Good cause appearing, the Court hereby GRANTS the government's request to seal the government's Rule 35(b) motion for reduction of the defendant's sentence. The motion shall remain under seal until further order of this Court.

    IT IS SO ORDERED.

DATED: June 1, 2007