McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC LONNIE NEILL, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NOS. 2:01-cr-312 LKK <br> 2:01-cr-501 LKK <br><br> STIPULATION AND ORDER REGARDING ORDER GRANTING GOVERNMENT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO RULE 35 <br><br> COURT: Hon. Lawrence K. Karlton |

<u>Stipulation</u>

On June 1, 2007, the Court entered an order granting the government's motion for a reduction of the defendant's sentence, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure. The Court reduced the total sentence of 21-months incarceration in the custody of the Bureau of Prisons, imposed on September 26, 2006, to a total sentence of a year and a day. The parties now stipulate that an amended judgment should be entered which apportions the year-and-a-day sentence as follows:

7 months on Case No. 2:01-cr-312,

5 months plus 1 day on Case No. 2:01-cr-501, to be served consecutively to the sentence imposed on Case No. 2:01-cr-312.

///

The parties further stipulate that, pursuant to Rule 43(b)(4) of the Federal Rules of Criminal Procedure, an amended judgment may be issued without a hearing.

DATED: June 5, 2007                    McGREGOR W. SCOTT
                                       United States Attorney


                                 by    /s/ Samantha S. Spangler
                                       Samantha S. Spangler
                                       Assistant U.S. Attorney

DATED: June 5, 2007                    DANIEL J. BRODERICK
                                       Federal Defender


                                 by    /s/ Samantha S. Spangler for
                                       Matthew C. Bockmon
                                       Assistant Federal Defender
                                       Counsel for Eric Lonnie Neill

### Order

Good cause appearing, an amended judgment shall be issued showing that the year-and-a-day sentence of imprisonment in the custody of the Bureau of Prisons, imposed by this Court on June 1, 2007, upon granting the government's Rule 35(b) motion for a sentence reduction, shall be apportioned as follows:

7 months on Case No. 2:01-cr-312,

5 months plus 1 day on Case No. 2:01-cr-501, to be served consecutively to the sentence imposed on Case No. 2:01-cr-312.

IT IS SO ORDERED.

DATED: June 5, 2007

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT